Entered on Docket
January 21, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Entered on Docket
January 21, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Prober & Raphael, A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
Melissa Vermillion, Esquire #241354
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A.
F.040-1780

The following constitutes
the order of the court. Signed January 20, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>GUILLERMO VILLAGOMEZ,<br><br>    Debtor.<br>_____ | Bk. No. 10-54870-CN-13<br><br>R.S. No. DRP-904<br><br>CHAPTER 13<br><br>**ORDER ON STIPULATION RE ADEQUATE PROTECTION**<br><br>Hearing – 01/05/11 at 3:00 p.m.<br>Place: U.S. Bankruptcy Court<br>    280 South First Street<br>    San Jose, California<br>    Courtroom 3070 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Stipulation Re Adequate Protection filed by Movant U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its

1

assignees and/or successors in interest, on January 11, 2011, is granted and is hereby an order of the Court.

<center>* * * END OF ORDER* * *</center>

| | |
|---|---|
| 1 | <div align="center">COURT SERVICE LIST</div> |
| 2 | Guillermo Villagomez |
|   | 41 Clifford Ave |
| 3 | Watsonville, CA 95076-2909 |
|   | Debtor |
| 4 | |
| 5 | Jason Vogelpohl, Esq. |
|   | Central Coast Bankruptcy |
| 6 | 154 Central Ave |
|   | Salinas, CA 93901 |
| 7 | Attorney for Debtor |
| 8 | |
|   | Devin Derham-Burk |
| 9 | PO Box 50013 |
|   | San Jose, CA 95150-0013 |
| 10 | Chapter 13 Trustee |
| 11 | |
|   | U.S. Trustee |
| 12 | Office of the U.S. Trustee / SJ |
|   | U.S. Federal Building |
| 13 | 280 South First Street #268 |
|   | San Jose, CA 95113-3004 |
| 14 | |
| 15 | Prober & Raphael, A Law Corporation |
|   | 20750 Ventura Boulevard, Suite 100 |
| 16 | Woodland Hills, California 91364 |